**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., <br><br>*Plaintiffs*, <br><br>v. <br><br>APPLE INC., <br><br>*Defendant*. | § § § § § § § § § § § § § §  CIVIL ACTION NO. 2:17-CV-00708-JRG |

## ORDER

Before the Court is Apple, Inc.'s ("Apple") Unopposed Motion to Stay (Dkt. No. 48) pending *Inter Partes* Review. Having considered the Motion, its unopposed nature, and the relevant authorities, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that this case be **STAYED** for one year from the date of this Order or until further Order of this Court, whichever occurs earlier.

The Parties are **ORDERED** to file a joint status report with the Court to inform the Court regarding the pending IPRs. Such report shall be filed within 72 hours of any wholly or partially dispositive Order or termination by the PTAB. A courtesy hard copy of such joint status report shall be delivered to chambers within the above time period. Such report shall be joined in by lead counsel (and local counsel to the extent local counsel have appeared herein) for each party. It is further **ORDERED** that, within three days after the future lifting of this stay, the Parties shall file a motion to schedule an in-person status conference with the Court.

All pending motions not previously disposed of by the Court in this case are hereby **DENIED WITHOUT PREJUDICE**. Within 14 days of the future order lifting this stay, the parties may re-urge any motion denied without prejudice herein.

**So ORDERED and SIGNED this 5th day of June, 2018.**

                                             RODNEY GILSTRAP
                                             UNITED STATES DISTRICT JUDGE