# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>　　　　　Defendant. | Case No. 2:17-cv-00708-JRG<br><br>**JOINT STATUS REPORT RE FINAL WRITTEN DECISION IN *INTER PARTES* REVIEW OF THE PATENT-IN-SUIT** |

Pursuant to the Court's June 6, 2018, Order staying the above-captioned case, the parties respectfully submit the following joint report regarding the *inter partes* review (IPR) petition for the sole patent-in-suit, U.S. Patent No. 6,736,759 ("the '759 Patent"). On April 12, 2019, the Patent Trial and Appeal Board issued a Final Written Decision in IPR2018-00294, finding that all claims of the '759 Patent were obvious and, therefore, unpatentable. The parties request that the Court maintain the stay pending appellate review of this decision.

Dated: April 15, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Michael T. Pieja*

　　　　　　　　　　　　　　　　　　　　Michael T. Pieja (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Alan Littmann (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jennifer Greenblatt
　　　　　　　　　　　　　　　　　　　　Doug Winnard (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Andrew J. Rima (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Emma C. Ross (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Lauren Abendshien (*pro hac vice*)

GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 West Randolph Street
Chicago, IL 60662
Telephone:  (312) 381-6000
Facsimile: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com

Melissa R. Smith
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com


*Counsel for Defendant Apple Inc.*




By: */s/   Kevin Gannon*               _
Paul J. Hayes
Kevin Gannon
Aaron S. Jacobs
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com

2

Texas State Bar No. 24061270
**NELSON BUMGARDNER PC**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

ATTORNEYS FOR PLAINTIFFS

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT STATUS REPORT RE FINAL WRITTEN DECISION IN *INTER PARTES* REVIEW OF THE PATENT-IN-SUIT** was filed electronically this 15th day of April, 2019, in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *Michael Pieja*
Michael Pieja (*pro hac vice*)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT STATUS REPORT RE FINAL WRITTEN DECISION IN *INTER PARTES* REVIEW OF THE PATENT-IN-SUIT** was filed electronically this 15th day of April, 2019, in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *Michael Pieja*
Michael Pieja (*pro hac vice*)